B 5 (Official Form 5) (12/07)

| UNITED STATES BANKRUPTCY COURT<br>District of Maryland | INVOLUNTARY PETITION |
|---|---|

| IN RE (Name of Debtor – If Individual: Last, First, Middle)<br>LARGO METRO DEVELOPMENT CO., LLC | ALL OTHER NAMES used by debtor in the last 8 years<br>(Include married, maiden, and trade names.) |
|---|---|
| Last four digits of Social-Security or other Individual's Tax-I.D. No./Complete EIN (If more than one, state all.):<br>UNKNOWN AT THIS TIME | |
| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br><br>8181 PROFESSIONAL PLACE, SUITE 210<br>LANDOVER, MARYLAND 20785 | MAILING ADDRESS OF DEBTOR (If different from street address)<br><br>1101 Mercantile Lane, Suite 296<br>Largo, Maryland 20774 |
| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>PRINCE GEORGE'S COUNTY, MARYLAND<br>ZIP CODE  20785 | ZIP CODE  20774 |
| LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses) | |

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED

☑ Chapter 7    ☐ Chapter 11

**INFORMATION REGARDING DEBTOR (Check applicable boxes)**

| Nature of Debts<br>(Check **one** box.)<br><br>Petitioners believe:<br><br>☐ Debts are primarily consumer debts<br>☑ Debts are primarily business debts | Type of Debtor<br>(Form of Organization)<br>☐ Individual (Includes Joint Debtor)<br>☑ Corporation (Includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)<br>_____ | Nature of Business<br>(Check **one** box.)<br>☐ Health Care Business<br>☑ Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other |
|---|---|---|

| VENUE | FILING FEE (Check one box) |
|---|---|
| ☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District. | ☑ Full Filing Fee attached<br><br>☐ Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.<br>*[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]* |

**PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR** (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

| ALLEGATIONS<br>(Check applicable boxes) | COURT USE ONLY |
|---|---|
| 1. ☑ Petitioner (s) are eligible to file this petition pursuant to 11 U.S.C. § 303 (b).<br>2. ☑ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.<br>3.a. ☑ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;<br>or<br>  b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession. | |

B 5 (Official Form 5) (12/07) – Page 2                              Name of Debtor  LARGO METRO DEVE

Case No._____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| x /S/ MARK VOGEL, Managing Member<br>Signature of Petitioner or Representative (State title)<br>LARGO METRO, LLC           01/15/2010<br>Name of Petitioner                     Date Signed<br><br>Name & Mailing Address of Individual Signing in Representative Capacity<br>2200 DEFENSE HGWY<br>SUITE 102<br>CROFTON, MD 21114 | x /S/ MICHAEL FRIED, BAR# 09325     01/15/2010<br>Signature of Attorney                   Date<br>FRIED LAW FIRM, 4550 MONTGOMERY AVE, #710N<br>Name of Attorney Firm (If any)<br>BETHESDA, MD 20814<br>Address<br>(301) 656-8525<br>Telephone No. |
| x /S/ CHRISTINE DOHERTY, Chief Financial Officer<br>Signature of Petitioner or Representative (State title)<br>LESSARD GROUP, INC.           01/15/2010<br>Name of Petitioner                     Date Signed<br><br>Name & Mailing Address of Individual Signing in Representative Capacity<br>8521 LEESBURG PIKE<br>SUITE 700<br>VIENNA, VA 22182 | x /S/ MICHAEL FRIED, BAR# 09325     01/15/2010<br>Signature of Attorney                   Date<br>FRIED LAW FIRM, 4550 MONTGOMERY AVE, #710N<br>Name of Attorney Firm (If any)<br>BETHESDA, MD 20814<br>Address<br>(301) 656-8525<br>Telephone No. |
| x /S/ ARTHUR J. HORNE, Jr. PRESIDENT<br>Signature of Petitioner or Representative (State title)<br>SHIPLEY, HORNE, & HEWLETT P.A.   01/15/2010<br>Name of Petitioner                     Date Signed<br><br>Name & Mailing Address of Individual Signing in Representative Capacity<br>1101 MERCANTILE LANE, SUITE 240<br>LARGO, MD 20774 | x /S/ MICHAEL FRIED, BAR# 09325     01/15/2010<br>Signature of Attorney                   Date<br>FRIED LAW FIRM, 4550 MONTGOMERY AVE, #710N<br>Name of Attorney Firm (If any)<br>BETHESDA, MD 20814<br>Address<br>(301) 656-8525<br>Telephone No. |

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Largo Metro LLC, 2200 Defense Hwy #102, Crofton, Md | Promissory Note | 16,967,224.40 |
| Lessard Group, Inc. 8521 Leesburg Pike#700, Vienna, Va | Services Provided | 4,947.50 |
| Shipley Horne & Hewlett, P.A., 1101 Mercantile Ln,#240 | Services Provided | 8,964.50 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | Total Amount of Petitioners' Claims | 16,981,136.40 |

___1___ continuation sheets attached

INVOLUNTARY PETITION CONTINUATION SHEET

The Petitioners full legal names and addresses, together with the names of their representatives, are as follows:

1. Largo Metro, LLC
   2200 Defense Highway, Suite 102
   Crofton, Maryland 21114
   Representative: Mark Vogel, Managing Member

2. Lessard Group, Inc.
   8521 Leesburg Pike, Suite 700
   Vienna, Virginia 22182
   Representative: Christine Doherty, Chief Financial Officer

3. Shipley, Horne & Hewlett, P.A.
   1101 Mercantile Lane, Suite 240
   Largo, Maryland 20774
   Representative: Arthur J. Horne, Jr., President